# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** ) | **Case No. 17-27749** |
| ) | |
| **Denise Schulz,** ) | **Hon. Jacqueline P. Cox** |
| ) | |
| Debtor. ) | Chapter 13 |
| ) | |

## NOTICE OF OMNIBUS OBJECTION TO CLAIMS

**To**:   **Notices by CM/ECF**

**See attached Service list**

   **Notices by First Class Mail**

**See attached Service List**

PLEASE TAKE NOTICE that the Debtor, Denise Schulz, through her counsel, has filed an omnibus objection to claims, which includes your claim, in this bankruptcy case. **Your claim may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney if you have one.**

   If you do not want the court to eliminate or change your claim then on **April 9, 2018 at 9:00 a.m.,** you must attend the hearing on the objection scheduled to be held before **Honorable Jacqueline P. Cox** or such other Judge as may be presiding in that Judge's stead, in **Courtroom 680, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604**, at which time we will present our **Omnibus Objection to Claims**, a copy of which is attached hereto and served upon you herewith. You may also, if you desire, file a response with the **Clerk of the Bankruptcy Court, 219 South Dearborn Street, Chicago, IL 60604** in writing prior to the date of that hearing.

   If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim and grant the relief requested.

                                        **Denise Schulz**

                              By:   _/s/ Justin R. Storer_
                                    Justin R. Storer

B20B (Official Form 20B) (Notice of Objection to Claim) (12/10)

**SERVICE LIST**

**CM/ECF**

Patrick Layng (United States Trustee)
Tom Vaughn (Standing Trustee)
All those entitled to notice by CM/ECF in this case

**FIRST CLASS MAIL**

TBF Financial, LLC
740 Waukegan Road, Suite 404
Deerfield, IL 60015

Santander Consumer USA Inc.
PO Box 961245
Fort Worth, TX 74161

Old Second National Bank
1793 Bloomingdale Road
Glendale Heights, IL 60139

**CERTIFICATE OF SERVICE**

On March 2, 2018 the undersigned certifies that on this date, he caused a copy of the above document to be served upon each person shown on the within Notice, in the manner designated above, with postage prepaid, at Chicago, IL.

/s/ *Justin R. Storer*

Justin R. Storer (ARDC 6293889)
Lakelaw
53 W. Jackson Blvd. Suite 1115
Chicago, IL 60604
847.249.9100

**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | Case No. 17-27749 |
| | ) | |
| **Denise Schulz,** | ) | Hon. Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |

**OMNIBUS OBJECTION TO CLAIMS**

NOW COMES Denise Schulz ("Debtor") by and through her counsel, and hereby respectfully submits her omnibus objection to three claims in her chapter 13 bankruptcy case. In support, Debtor states the following:

**RULE 3007(e)(1) STATEMENT**

ALL PARTIES RECEIVING THIS OBJECTION SHOULD READ THIS DOCUMENT CAREFULLY, AND LOCATE YOUR NAME AND YOUR CLAIM ON THE FOLLOWING PAGE.

**JURISDICTION**

1. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1334 and venue is proper pursuant to 28 U.S.C. § 1408.

2. By Internal Operating Procedure 15 and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination, as permitted by 28 U.S.C. § 157(a).

3. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B) and (O).

**INTRODUCTION**

4. A bankruptcy petition was filed by the Debtor on September 15, 2017 (dkt. #1); at that time, her husband, Paul Schulz, was also a Debtor in the above-captioned case.

5. The nongovernmental claims bar deadline was January 16, 2018; the governmental claims bar deadline has not passed yet; it is March 14, 2018.

6. On November 27, 2017, this Court entered an order dismissing the case as to Paul.

7. On December 18, 2017, this Court entered an order confirming an amended plan, which plan was propounded exclusively by Denise.

8. The following claimants, listed alphabetically, are exclusively creditors of Paul Schulz, and not Denise:

- OLD SECOND NATIONAL BANK, (claim 5-1, asserting a general unsecured claim in the amount of $317,226.17; attached hereto as exhibit A)

- SANTANDER CONSUMER USA, INC. (claim 3-1, asserting a secured claim in the amount of $23,684.73; attached hereto as exhibit B)

- TBF FINANCIAL, LLC (claim 2-1, asserting a general unsecured claim of $8,989.00; attached hereto as Exhibit C)

**REQUESTED RELIEF**

9. Denise Schulz requests this Court enter an order sustaining her omnibus objection, and disallowing the three claims above as against Denise Schulz' bankruptcy estate.

**BASIS FOR REQUESTED RELIEF**

10. Under 11 U.S.C. 502(b)(1), a proof of claim is deemed allowed, unless such claim is unenforceable against the Debtor and property of the debtor.

11. Under Federal Rule of Bankruptcy Procedure 3007(d), objections to more than one claim may be joined in an omnibus objection if the objections are based solely on the grounds that the claims should be disallowed, in whole or in part, because they have been filed in the wrong case.

12. While at the time they were filed, the claims were filed in an appropriate case, subsequent events (Paul's dismissal; he, by and bye, filed a chapter 7 in this District, designated with

case number 17-36079) have rendered this case the wrong case in which they should file a claim. (Also note that, as 3007(d) is written in the past imperfect tense, it clearly contemplates that events after the filing of the proof of claim could render the case the "wrong case" in which such claims were filed.)

## NOTICE

13.     Notice of this objection was provided to all three creditors against whom such objection is being made, at their notice addresses designated on their proof of claim, the Office of the United States Trustee and all parties that have requested or receive notice through CM/ECF, consistent with the requirement of FED. R. BANKR. P. 3007(a)(2), and otherwise applicable law.

**WHEREFORE**, Denise Schulz requests that this Honorable Court enter an order:

(a) Disallowing claims 2, 3, and 5 in their entirety as claims against this bankruptcy estate, and

(b) For such further relief that the Court deems just and proper.

**Denise Schulz**

By:     */s/ Justin R. Storer*
Justin R. Storer (ARDC 6293889)
Lakelaw
53 W. Jackson Blvd., Suite 1115
Chicago, IL 60604
jstorer@lakelaw.com
312.662.5757