Form G5  (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-27749 |
| Denise Schulz | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

This matter, coming to be heard on the Debtor's motion, this Court having jurisdiction and due notice being given all parties entitled thereto, this Court orders that the Debtor's arrearage to the standing trustee is ~~waived~~, and that the Debtor's plan payment is lowered to $750 per month for the remaining duration of her plan.

*deferred (Cox)*

Enter:

*Jacqueline P. Cox*
J. Cox
Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:   2 3 SEP 2019

**Prepared by:**
Justin R. Storer (ARDC 6293889)
Lakelaw
53 W. Jackson, Suite 1115
Chicago, IL 60604