UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Denise Schulz<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  17-27749<br><br>Chapter: 13<br>Honorable Jacqueline P Cox |

## ORDER MODIFYING PLAN

This matter, coming to be heard on the Debtor's motion, this Court having jurisdiction and due notice being given all parties entitled thereto, this Court orders that the Debtor's plan payment is increased to $1,500 per month, and that, if necessary, the Debtor's plan may complete in longer than 60 months, but no longer than 84 months.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated:  March 22, 2021

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602