# Exhibit A

**Fill in this information to identify the case:**

Debtor 1    PAUL & DENISE SCHULZ

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN            District of ILLINOIS
                                                                                          (State)

Case number   17-27749

---

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.  18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

---

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Department of the Treasury - Internal Revenue Service
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

■ No
☐ Yes.  From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Internal Revenue Service
Name

P.O. Box 7346
Number          Street

Philadelphia          PA          19101-7346
City          State          ZIP Code

Contact phone   1-800-973-0424

Contact email

Creditor Number:  26015090

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

— — — — — — — — — — — — — — — — — — — — — — — —

**Where should payments to the creditor be sent?** (if different)

Internal Revenue Service
Name

P.O. Box 7317
Number          Street

Philadelphia          PA          19101-7317
City          State          ZIP Code

Contact phone   1-800-973-0424

Contact email

**4. Does this claim amend one already filed?**

■ No
☐ Yes.    Claim number on court claims registry (if known) _____    Filed on: _____
                                                                                                        MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

■ No
☐ Yes. Who made the earlier filing?

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

■ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:    See Attachment

---

**7. How much is the claim?**    $ 85,887.66

**Does this amount include interest or other charges?**

☐ No

■ Yes.  Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8. What is the basis of the claim?**

Examples:  Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes

---

**9. Is all or part of the claim secured?**

☐ No

■ Yes.  The claim is secured by a lien on property.

**Nature of property:**

■ Real Estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.

■ Motor Vehicle

■ Other. Describe:    *All of debtor(s) right, title and interest to property - 26 U.S.C. §6321.

**Basis for perfection:**    See Attachment

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of Property:**                       $

**Amount of the claim that is secured:**    $ 80,491.75

**Amount of the claim that is unsecured:**    $ 5,395.91         (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**    $

**Annual Interest Rate** (when case was filed)   4 %

☐ Fixed

■ Variable

---

**10. Is this claim based on a lease?**

■ No

☐ Yes.  **Amount necessary to cure any default as of the date of the petition.**    $

---

**11. Is this claim subject to a right of setoff?**

☐ No

■ Yes.  Identify the property    See Attachment

**12. Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

■ Yes. Check all that apply:

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| ■ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 5,395.91 |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $ _____ |

*Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:** **Sign Below**

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

■ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  09/29/2017
                  MM / DD / YYYY

/s/ R. VEGA
(Signature)

Print the name of the person who is completing and signing this claim:

Name      R. _____ VEGA
          First name          Middle name          Last name

Title     Bankruptcy Specialist

Company   Internal Revenue Service
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   230 S. Dearborn Room 2600, M/S 5014CHI
          Number        Street

          Chicago                          IL              60604
          City                             State           ZIP Code

Contact Phone  (312) 292-2846              Email: _____

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



**Form 410**
Attachment

**In the Matter of:** PAUL & DENISE SCHULZ
1221 ISABELLA ST.
EVANSTON, IL 60201

Case Number
17-27749

Type of Bankruptcy Case
CHAPTER 13

Date of Petition
09/15/2017

The United States has not identified a right of setoff or counterclaim.  However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency.  All rights of setoff are preserved and will be asserted to the extent lawful.

**Secured Claims**  (Notices of Federal tax lien filed under internal revenue laws before petition date)

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Penalty to Petition Date | Interest to Petition Date | Notice of Tax Lien Filed: Date | Office Location |
|---|---|---|---|---|---|---|---|---|
| XXX-XX-0551 | INCOME | 12/31/2014 | 02/15/2016 | $29,204.37 | $10,760.31 | $2,659.45 | 12/21/2016 | Cook County |
| XXX-XX-0551 | INCOME | 12/31/2015 | 10/31/2016 | $27,088.00 | $9,199.75 | $1,579.87 | 12/21/2016 | Cook County |
| | | | | $56,292.37 | $19,960.06 | $4,239.32 | | |

**Total Amount of Secured Claims:**  $80,491.75

**Unsecured Priority Claims**  under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|---|
| XXX-XX-0551 | INCOME | 12/31/2015 | 1 | Pending Examination | $0.00 | $0.00 |
| XXX-XX-0551 | INCOME | 12/31/2016 | 2 | Unassessed-No Return | $2,393.20 | $40.46 |
| XXX-XX-4582 | INCOME | 12/31/2016 | 2 | Unassessed-No Return | $2,913.00 | $49.25 |
| | | | | | $5,306.20 | $89.71 |

**Total Amount of Unsecured Priority Claims:**  $5,395.91

1 PROPOSED TAX DEFICIENCY DETERMINED BY EXAMINATION OF DEBTOR(S)  TAX RETURN.

2 UNASSESSED TAX LIABILITY(IES) HAVE BEEN LISTED ON THIS CLAIM BECAUSE OUR RECORDS SHOW  NO RETURN(S) FILED.  WHEN THE DEBTOR(S) FILES THE RETURN OR PROVIDES OTHER INFORMATION AS REQUIRED BY LAW THE CLAIM WILL BE AMENDED.

1872                                                        COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 17-27749 | Lien Recorded    : 12/21/2016 – 00:00AM<br>Recording Number: 1635610035<br>UCC Number       :<br>Liber            :<br>Page             : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #4<br>Lien Unit Phone: (800) 829-3903 | IRS Serial Number: 241076016 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
 PAUL D & DENISE SCHULZ


Residence:
 334 CENTRAL AVE
 WILMETTE, IL 60091-1942

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2014 | XXX-XX-0551 | 02/15/2016 | 03/17/2026 | $35,840.49 |
| 1040 | 12/31/2015 | XXX-XX-0551 | 10/31/2016 | 11/30/2026 | $35,246.43 |

| Filed at: Recorder of Deeds<br>          Cook County<br>          Chicago, IL 60602 | Total | $71,086.92 |
|---|---|---|

This notice was prepared and executed at CHICAGO, IL
on this, the 08th day of December, 2016.

| Authorizing Official:<br>G.J. CARTER-LOUIS | Title:<br>ACS SBSE        24-00-0008 |
|---|---|

# Exhibit B

{00101048}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                          )        BK No.:    17-27749
Denise Schulz                                   )
                                                )
                                                )        Chapter: 13
                                                )        Honorable Jacqueline P Cox
                                                )
                                                )        1
            Debtor(s)                           )

## ORDER MODIFYING PLAN AND SETTING STATUS HEARING

This matter, coming to be heard on the Debtor's motion, this Court having jurisdiction and due notice being given all parties entitled thereto, this Court orders the Debtor's plan modified as follows:

1. The default accruing through August 2022 is hereby deferred.  The remaining payments under the plan shall be $750.00 for 24 months, beginning September 2022.

2. A status hearing is scheduled for April 24, 2023, at 10:00 a.m., before the Honorable Judge Cox; at that hearing, the Debtor will present a properly-noticed objection to the Internal Revenue Service's proof of claim, if such claim has not been modified to account for payments received on that claim from Paul Schulz.

Enter:          *Jacqueline P. Cox*
                _____

                Honorable Jacqueline Cox

Dated:  September 26, 2022          United States Bankruptcy Judge

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602

# Exhibit C

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

      PAUL SCHULZ

          Debtor(s)

Case No. 19-10543

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

      Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 04/11/2019.

2)  The plan was confirmed on 07/29/2019.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 11/19/2019.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5)  The case was dismissed on 06/01/2020.

6)  Number of months from filing to last payment: 10.

7)  Number of months case was pending: 15.

8)  Total value of assets abandoned by court order:  NA .

9)  Total value of assets exempted:  NA .

10)  Amount of unsecured claims discharged without payment: $0.00.

11)  All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $9,100.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$9,100.00** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,936.34 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $450.90 | |
| Other | $310.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,697.24** |
| Attorney fees paid and disclosed by debtor: | $0.00 | |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK USA | Unsecured | NA | 2,018.49 | 2,018.49 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | 6,347.00 | 6,347.00 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 0.00 | 101,860.81 | 101,860.81 | 340.19 | 4,062.57 |
| INTERNAL REVENUE SERVICE | Unsecured | 55,340.50 | 82,594.81 | 2,609.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 6,017.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 11,225.00 | 17,045.11 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $101,860.81 | $340.19 | $4,062.57 |
| **TOTAL SECURED:** | **$101,860.81** | **$340.19** | **$4,062.57** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,347.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$6,347.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$4,627.49** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,697.24 |
| Disbursements to Creditors | $4,402.76 |
| **TOTAL DISBURSEMENTS :** | **$9,100.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 06/29/2020                    By: /s/ Tom Vaughn
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)

# Exhibit D

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor 1    PAUL SCHULZ

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN      District of ILLINOIS
                                                    (State)

Case number    19-10543

## Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.  18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| **Part 1:** | **Identify the Claim** |
| --- | --- |

**1. Who is the current creditor?**

Department of the Treasury - Internal Revenue Service
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

■ No
☐ Yes.  From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| --- | --- |
| Internal Revenue Service <br> Name | Internal Revenue Service <br> Name |
| P.O. Box 7346 <br> Number      Street | P.O. Box 7317 <br> Number      Street |
| Philadelphia     PA        19101-7346 <br> City         State        ZIP Code | Philadelphia     PA        19101-7317 <br> City         State        ZIP Code |
| Contact phone   1-800-973-0424 | Contact phone   1-800-973-0424 |
| Contact email | Contact email |
| Creditor Number: 27742988 | |

Uniform claim identifier for electronic payments in chapter 13 (if you use one)

— — — — — — — — — — — — — — — — — — — — —

**4. Does this claim amend one already filed?**

■ No
☐ Yes.  Claim number on court claims registry (if known) _____ Filed on: _____
                                                          MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

■ No
☐ Yes.  Who made the earlier filing?

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No
■ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  See Attachment

**7. How much is the claim?**

$ 110,816.81

**Does this amount include interest or other charges?**
☐ No
■ Yes.  Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples:  Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes

**9. Is all or part of the claim secured?**

☐ No
■ Yes.  The claim is secured by a lien on property.

**Nature of property:**

■ Real Estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.

■ Motor Vehicle

■ Other. Describe:   *All of debtor(s) right, title and interest to property - 26 U.S.C. §6321.

**Basis for perfection:**   See Attachment
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of Property:**   $

**Amount of the claim that is secured:**   $ 101,860.81

**Amount of the claim that is unsecured:**   $ 8,956.00   (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $

**Annual Interest Rate** (when case was filed)  6  %
☐ Fixed
■ Variable

**10. Is this claim based on a lease?**

■ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.**   $

**11. Is this claim subject to a right of setoff?**

☐ No
■ Yes.  Identify the property   See Attachment

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. §507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No<br>■ Yes. Check all that apply: | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ■ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 6,347.00 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $ _____ |
| | *Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it.
FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

■ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   07/01/2019
                          MM / DD / YYYY

/s/ R. VEGA
(Signature)

**Print the name of the person who is completing and signing this claim:**

| Name | R. | | VEGA |
|---|---|---|---|
| | First name | Middle name | Last name |

Title   Bankruptcy Specialist

Company   Internal Revenue Service
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   230 S. Dearborn Room 2600, M/S 5014CHI
Number        Street

Chicago                                      IL               60604
City                                            State          ZIP Code

Contact Phone  (312) 292-2846                    Email: _____

# Proof of Claim for
# Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



**Form** 410
Attachment

| Case Number |
| --- |
| 19-10543 |

| Type of Bankruptcy Case |
| --- |
| CHAPTER 13 |

| Date of Petition |
| --- |
| 04/11/2019 |

**In the Matter of:** PAUL SCHULZ
2739 WILMETTE AVE.
WILMETTE, IL 60091

The United States has not identified a right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

**Secured Claims**   (Notices of Federal tax lien filed under internal revenue laws before petition date)

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Penalty to Petition Date | Interest to Petition Date | Notice of Tax Lien Filed: Date | Office Location |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| XXX-XX-0551 | INCOME | 12/31/2014 | 02/15/2016 | $4,427.00 | $11,938.75 | $4,372.54 | 12/21/2016 | Cook County |
| XXX-XX-0551 | INCOME | 12/31/2015 | 10/31/2016 | $22,395.00 | $11,291.38 | $3,174.03 | 12/21/2016 | Cook County |
| XXX-XX-0551 | INCOME | 12/31/2015 | 10/01/2018 | $10,490.00 | $4,487.34 | $1,486.75 | Right to Setoff | |
| XXX-XX-0551 | INCOME | 12/31/2016 | 11/27/2017 | $22,233.00 | $3,407.32 | $2,157.70 | 10/31/2018 | Cook County |
| | | | | $59,545.00 | $31,124.79 | $11,191.02 | | |

**Total Amount of Secured Claims:**   $101,860.81

**Unsecured Priority Claims**   under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | | Date Tax Assessed | Tax Due | Interest to Petition Date |
| --- | --- | --- | --- | --- | --- | --- |
| XXX-XX-0551 | INCOME | 12/31/2015 | 1 | Estimated- SEE NOTE | $5,797.00 | $550.00 |

**Total Amount of Unsecured Priority Claims:**   $6,347.00

**Unsecured General Claims**

Penalty to date of petition on unsecured priority claims (including interest thereon) . . . . . . $2,609.00

**Total Amount of Unsecured General Claims:**   $2,609.00

1 PROPOSED DEFICIENCY BASED ON FINAL DETERMINATION OF EXAMINATION OF DEBTOR(S) TAX RETURN.

1872                                              COURT RECORDING DATA

| INTERNAL REVENUE SERVICE<br>FACSIMILE FEDERAL TAX LIEN DOCUMENT<br><br>BANKRUPTCY DOCKET: 19-10543 | Lien Recorded    : 10/31/2018 - 00:00AM<br>Recording Number: 1830412111<br>UCC Number       :<br>Liber            :<br>Page             : |
|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED #2<br>Lien Unit Phone: (800) 913-6050 | IRS Serial Number: 328145618 |

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
  PAUL D SCHULZ


Residence:
  1229 LAKE AVE
  WILMETTE, IL 60091-1662

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form<br>(a) | Period<br>(b) | ID Number<br>(c) | Assessed<br>(d) | Refile Deadline<br>(e) | Unpaid Balance<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2016 | XXX-XX-0551 | 11/27/2017 | 12/27/2027 | $23,697.32 |

| Filed at: Recorder of Deeds<br>          Cook County<br>          Chicago, IL 60602 | Total | $23,697.32 |
|---|---|---|

This notice was prepared and executed at DETROIT, MI
on this, the 16th day of October, 2018.

| Authorizing Official:<br>  R. BOLOGNA | Title:<br>  REVENUE OFFICER          22-16-3635 |
|---|---|

```
1872                                    COURT RECORDING DATA
```

| | INTERNAL REVENUE SERVICE | Lien Recorded    : 12/21/2016 - 00:00AM |
|---|---|---|

INTERNAL REVENUE SERVICE
FACSIMILE FEDERAL TAX LIEN DOCUMENT

BANKRUPTCY DOCKET: 19-10543

Lien Recorded    : 12/21/2016 - 00:00AM
Recording Number: 1635610035
UCC Number       :
Liber            :
Page             :

Area: SMALL BUSINESS/SELF EMPLOYED #4
Lien Unit Phone: (800) 829-3903

IRS Serial Number: 241076016

This Lien Has Been Filed in Accordance with
Internal Revenue Regulation 301.6323(f)-1.

Name of Taxpayer:
 PAUL D & DENISE SCHULZ

Residence:
 334 CENTRAL AVE
 WILMETTE, IL 60091-1942

With respect to each assessment below, unless notice of lien
is refiled by the date in column(e), this notice shall constitute
the certificate of release of lien as defined in IRC 6325(a).

| Form (a) | Period (b) | ID Number (c) | Assessed (d) | Refile Deadline (e) | Unpaid Balance (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2014 | XXX-XX-0551 | 02/15/2016 | 03/17/2026 | $35,840.49 |
| 1040 | 12/31/2015 | XXX-XX-0551 | 10/31/2016 | 11/30/2026 | $35,246.43 |

Filed at: Recorder of Deeds
          Cook County
          Chicago, IL 60602

Total                $71,086.92

This notice was prepared and executed at CHICAGO, IL
on this, the 08th day of December, 2016.

Authorizing Official:
 G.J. CARTER-LOUIS

Title:
 ACS SBSE              24-00-0008

# Exhibit E

{00101048}



**IRS** Department of the Treasury
**Internal Revenue Service**
Kansas City, MO 64999

Notice Number: CP-89
Notice Date: Nov. 21, 2022
Taxpayer Identification Number:
xxx-xx-0551

If you have any questions,
please call us at:
**833-678-7020**

075428.277802.49228.20853 1 AB 0.491 693

PAUL D SCHULZ
2739 WILMETTE AVE
WILMETTE IL    60091-2273

075428

# THIS IS NOT A BILL

# Annual Installment Agreement Statement
### THIS IS FOR YOUR INFORMATION

This is your Annual Installment Agreement Statement.  This two-part statement shows the installment-agreement activity from September 13, 2021 to September 12, 2022 for each tax period included in your agreement.

I. The **Payment Detail** page shows the payments received and where they have been applied.

- Your payments are listed by date received to assist you as you review your records.  The payments are also totaled at the end of the detail, for your convenience.

- Your payments have been applied according to the terms of your agreement and in accordance with the law.  For each tax year, your payments are applied first to tax, then penalty, then interest, and other charges.

II. The **Installment Agreement Activity** page shows each tax period for which you owed tax.

- The Beginning Balance is calculated as of September 13, 2021, or the date you entered a tax period into an installment agreement, if it was later.  The beginning balance of each tax period includes the unpaid tax, penalty, and interest as of this calculation date.

- The Total Interest, Total Penalty and Other Charges are the amounts added during this period.  Other Charges are items such as fees, refunds or adjustments.

If you'd like to pay the full amount you owe, please call us at  833-678-7020 so we may give you a current payoff figure.  Your future statements will be mailed to you annually, for as long as you have installment agreement activity.

As always, we appreciate your timely payments.

# Payment Detail
## for September 13, 2021 to September 12, 2022

| Payment Date | Applied Amount | | Applied to Tax Form | Tax Period |
|---|---|---|---|---|
| 03/01/2022 | $ | 1,422.00- | 1040 | 12/31/2015 |
| 07/29/2022 | $ | 1,422.00- | 1040 | 12/31/2015 |
| Total Payments | $ | 2,844.00- | | |

075428

- **Payments received after August 25, 2022 may not appear on this statement but will be shown on your next annual statement.**

- **If you think we missed giving you credit for a payment, please call 833-678-7020 and we will be glad to resolve any discrepancies.**

89

075428

PAUL D SCHULZ
xxx-xx-0551

# Installment Agreement Activity
### for September 13, 2021 to September 12, 2022

| Tax Period | Form Number | Beginning Balance | Total Payments Received | Total Penalty Added | Total Interest Added | Other Charges Added | Ending Balance |
|---|---|---|---|---|---|---|---|
| 12/31/2015 | 1040 | $ 36,713.89 | $ 2,844.00— | $ * | $ 94.17 | $ 0.00 | $ * |
| 12/31/2016 | 1040 | $ 34,258.20 | $ 0.00 | $ 0.00 | $ 124.81 | $ 0.00 | $ 34,383.01 |
| | Total | $ 70,972.09 | $ 2,844.00— | $ * | $ 218.98 | $ 0.00 | $ * |

\*   We have to manually compute these figures for your account.  Please call  833-678-7020 and we will be gald to assist you.  We can also provide any additional information about penalties and interest computations at this number.